## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## SHREVEPORT DIVISION

| | |
|---|---|
| **MR. & MRS. LARRY CLARK ET AL.** | **CIVIL ACTION NO. 5:24-cv-00770** |
| **VERSUS** | **JUDGE J. EDWARDS** |
| **MANGHAM, HARDY, ROLFS, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## <u>MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. 12(b)(6)</u>

NOW INTO COURT, through undersigned counsel, come Defendants, Attorneys' Liability Assurance Society, Ltd. ("ALAS"), and James A. Brown, Sheri L. Corales, John M. Wilson, and Liskow & Lewis, PLC (collectively "the Liskow Defendants"), who respectfully move this Honorable Court pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for Judgment dismissing with prejudice Plaintiff Larry E. Clark's ("Clark") claims for failure to state a claim.  Clark's incoherent, unhinged allegations fail to state a plausible basis for any possible claim upon which relief could be granted against any defendant.  Nor is there any legal basis for nullifying any of the prior court judgments dismissing his many frivolous suits filed over the last 30-plus years.  Because Clark fails to state a claim for relief, this case should be dismissed with prejudice under Rule 12(b)(6).  This Court should also exercise its inherent judicial authority to enjoin Clark from filing any additional suits or claims in any state or federal court asserting the same or similar allegations.

WHEREFORE, Defendants ALAS and the Liskow Defendants move the Court to grant their motion, dismissing Clark's claims with prejudice.  Defendants also pray that this Honorable Court exercise its inherent authority to permanently enjoin Clark from filing any further suits or

6381429

claims asserting the same or similar allegations in any state or federal court, on pain of civil and criminal contempt for violation thereof.

Respectfully submitted,

/s/ James A. Brown
James A. Brown, T.A. (Bar #14101)
Melanie Derefinko (Bar #37658)
Sheri L. Corales (Bar #37643)
**LISKOW & LEWIS, APLC**
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA  70139-5099
Tel:  (504) 581-7979
Fax:  (504) 556-4108
jabrown@liskow.com
mderefinko@liskow.com
scorales@liskow.com

*Attorneys for Defendants, Attorneys' Liability Assurance Society, Ltd., James A. Brown, Sheri L. Corales, John M. Wilson, and Liskow & Lewis, PLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the above and foregoing pleading electronically with the Court's CM/ECF system on June 18, 2024, which will cause a notice of electronic filing to be mailed to all registered users.  I further certify that a copy of the foregoing has been mailed to Plaintiff Larry E. Clark by U.S. Mail, postage prepaid and properly addressed as follows:

Larry E. Clark
P.O. Box 76752
Atlanta, GA 30358

/s/ James A. Brown

-2-