RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 1 1 2024  (M.)

DANIEL J. McCOY, CLERK
BY:_____
      CM

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

LARRY E. CLARK, ET AL         CASE NO. 5:24-CV-00770

VERSUS                      JUDGE EDWARDS

MANGHAM, ET AL         MAG. JUDGE McCLUSKY

**MOTION OF PLAINTIFF**
**FOR THE RECORD TO BE SUPPLEMENTED WITH ALL OF THE MISSING PROCEEDINGS/PLEADING, ETC., IN STATE'S RECORD AS DIRECTED TO DO SO IN THE REMOVAL ORDER ISSUED ON-06- 07- 2024; MOTION FOR THE COURT NOT TO CONSIDER NO MOTION FILED UNTIL THE RECORD IS COMPLETELY SUPPLEMENTED AND PLAINTIFF IS ALLOWED TO FILE A RESPONSE FOR ALL MOTIONS**

NOW INTO COURT, Comes Plaintiff, LARRY E. CLARK, SR, In Proper Person, and provides as following:

1.

Plaintiff recently received from Asst. U. S. Attorney Kristen H. Bayard a 14 page document, entitled "COMPLIANCE WITH REMOVAL ORDER," and pertinent part on page 3, provides:

"1(c) The following documents, in order of filing date, are included in the State Court record. Due to the volume of the state court records, citations and other services documents, as well as what undersigned counsel considers minor filings, have not been included in this list."

2.

Plaintiff carefully reviewed the documents listed in the "COMPLIANCE

WITH REMOVAL ORDER," and uncovered that many very important pleadings,

memorandums, exhibits, transcripts, proffered evidence, etc., are missing.

3.

Plaintiff has attached a copy of a stamped "Filed" front page of some of the

very important missing documents (Exhibits: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, & 11).

4.

One of the important many missing pleadings is Plaintiff's 2018 filed motion

to proceed In Forma Pauperis that has attached some very important

exhibits/documents (# 10).

5.

Also, missing and/or not listed are Plaintiff's many important requests for

discovery information filed into the state court record from February 2003 through

January 2021, as well as many other important documents/exhibits/pleadings/

memorandums, etc., along with the many missing transcripts of the hearing held

and/or transcripts of trials held (3, 4, 5, 6, 7, 8, 10, & 11).

6.

Plaintiff noticed that on page 18 of the "COMPLIANCE WITH

REMOVAL ORDER," it shows that from 6-8-2001 through 7-19-2021, no

2

filings were made into the record, which is untrue, as can be seen by the attached

exhibits, and the state court's minutes ( Exhibit 12).

7.

Plaintiff has carefully compared the list documents on the

"COMPLIANCE WITH REMOVAL ORDER," with an older copy of the state

court's "MINUTES OF THE COURT" (Copy Attached #12), along with an older

copy of the state court's "CHRONOLOGICAL INDEX" (Copy Attached #13), and

as it can be seen, they dozens of documents/ pleadings/proceedings that are not

listed in the "COMPLIANCE WITH REMOVAL ORDER,".

8.

Plaintiff has attached to the motion the front page a few of his important

stamped filed documents that are not listed in the "COMPLIANCE WITH

REMOVAL ORDER,". However, these missing documents and many more that

are not listed are very important and need to be part of the record of the suit moved

to the federal court.

9.

There are missing many filed transcripts of the trials and/or of the

hearings held for very important matters that will be addressed at this federal

court. The most recent transcripts were for hearings held in March 2022 and held

on May 05, 2022.

3

10.

At the March 2022 held hearing and at the May 05, 2022 hearing Plaintiff introduced and/or Proffer many very important state and federal documents/exhibits as evidence that also mostly certainly will be at issue for this federal court matter (copy attached Exhibit 14).

11.

Plaintiff knows that many of the missing documents not listed in the "COMPLIANCE WITH REMOVAL ORDER," will be very much needed for his various motions etc., he intends to file and they will play a very important role for Plaintiff to be able to proceed in this federal court case in his attempt to receive justice and to receive a fair and impartial trial.

WHEREFORE, Plaintiff prays for an Order to be issued directing this court's record to be supplemented with of all of the missing proceedings/pleadings/transcripts/exhibits/all memorandums/Orders/Judgments/Long Arm Services/Sheriff Services, etc., including but not limited to the items listed on the older copies of the state court's attached "MINUTES OF THE COURT" and "CHRONOLOGICAL INDEX,".

ALSO, Plaintiff prays for an Order ruling that a current copy of the state' court's "MINUTES OF THE COURT" and "CHRONOLOGICAL INDEX," be filed into this federal court record.

4

FINALLY, Plaintiff prays for an Order ruling that this Court will withhold from considering any motion filed, until this federal court's record has been supplemented with all of the information contained in the state court's attached "MINUTES OF THE COURT" and "CHRONOLOGICAL INDEX," and a copy of the most current state court's "MINUTES OF THE COURT" and "CHRONOLOGICAL INDEX,"; and Plaintiff be allowed to file a response to all motions filed by a Defendant.

Respectfully submitted,

Larry E. Clark, Pro Se
P. O. Box 76752
Atlanta, GA 30358
(678)754-7324
clark9853@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this "**MOTION OF PLAINTIFF REQUESTING AN ORDER FOR ALL THE MISSING DOCUMENTS OF THE STATE COURT'S PROCEEDINGS/PLEADING, ETC., BE FILED INTO THIS FEDERAL COURT'S RECORD………………………………** "

has been served upon attorneys of record by depositing a copy into U. S. Mail properly addressed and with postage prepaid and/or by the Email listed below:

Asst. U. S. Attorney, Kristen H. Bayard
800 Lafayette Street, Ste. 2200
Lafayette, LA 70501
Email: Kristen.bayard@usdoj.gov
Email: Kristen.bayard@usdoj.gov

James A. Brown
One Shell Square
701 Poydras Street, Ste. 5000
New Orleans, LA 70139-5099
Email: jabrown@liskow.com

Asst. LA Att. General C. Bryan Racer
24 Accent Drive, B200, Ste. A
Monroe, LA 71202
Email: racer@ag.louisiana.gov

Asst. LA Atty. General James G. Evans
1885 N. Third Street, Third Floor
Baton Rouge, LA 70802
Email: evans@ag.louisiana.gov

Andrew R. Capitelli
68031 Capitol Trace Row
Mandeville, LA 70471
Email: acapitelli@millinglaw.com

Stephen C. Fortson
401 Edwards Street, Tenth Floor
Shreveport, LA 71101
Email: sfortson@bradleyfirm.com

Gus A. Fritchie III
400 Poydras Street, Ste. 2700
New Orleans, LA 70130
Email: gfritchie@irwinllc.com

Claiborne W. Brown
1070-B  W. Causeway Approach
Manderville, LA 70471
Email: cwbrown@cwbrownlaw.com

Done on this 9th day of July 2024.

Larry E. Clark

FILED
FEB - 5 1998
CADDO PARISH DEPUTY CLERK

CHARGED

| | |
|---|---|
| MR. AND MRS. LARRY E. CLARK AND L & M HAIR CARE PRODUCTS, INC. | *   NUMBER 362,381   SECTION "F" |
| VERSUS | |
| MANGHAM, HARDY, ROLFS AND ABADIE, ROBERT L. LEDOUX, ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC., BROOK, MORIAL, CASSIBRY, FRACHIE & PIZZA, AND ANNA E. DOW | *   FIRST JUDICIAL DISTRICT COURT |
| | *   CADDO PARISH, LOUISIANA |

## AMENDED JUDGMENT

On April 17, 1997, this Court signed and filed a Judgment in the above-captioned matter.  Said Judgment did not reflect this Court's ruling granting Plaintiff's, LARRY E. CLARK'S, oral Motion to dismiss without prejudice Plaintiff, L & M HAIR CARE PRODUCTS, INC., from these proceedings.

Therefore, this Amended Judgment corrects the Judgment filed April 17, 1997, as follows:

## JUDGMENT
### WITH RESPECT TO

DILATORY EXCEPTION FILED JULY 2, 1990,
ON BEHALF OF DEFENDANT, MANGHAM, HARDY, ROLFS AND ABADIE

DILATORY EXCEPTION FILED NOVEMBER 29, 1995,
ON BEHALF OF DEFENDANT, ROBERT L. LEDOUX

FIRST AMENDED PETITION FILED SEPTEMBER 16, 1996,
BY PLAINTIFFS

MOTION FOR ADDITIONAL TIME TO RESPOND TO
PLAINTIFFS' FIRST AMENDED PETITION
FILED SEPTEMBER 27, 1996,
ON BEHALF OF DEFENDANTS, MANGHAM, HARDY, ROLFS,
AND ABADIE AND ROBERT L. LEDOUX

EXCEPTION OF NO CAUSE OF ACTION
FILED SEPTEMBER 30, 1996, BY DEFENDANT, ANNA E. DOW

MOTION FOR EXTENSION OF TIME FILED OCTOBER 1, 1996,
ON BEHALF OF DEFENDANT, BROOK, MORIAL, PIZZA, & VAN LOON

RULE TO SHOW CAUSE REGARDING SETTING
A TRIAL DATE AND THE ISSUANCE OF TRIAL SCHEDULING ORDER

AND

EXCEPTION OF NO CAUSE OF ACTION
ORALLY MADE DECEMBER 18, 1996, IN OPEN COURT
ON BEHALF OF DEFENDANT, BROOK, MORIAL, PIZZA, & VAN LOON



128



EXHIBIT

tabbies®

1

CHARGED    not signed

MR. & MRS. LARRY E. CLARK         NUMBER:362,381-A

versus                                           1ST JUDICIAL DISTRICT COURT

MANGHAM, HARDY, ROLFS,
AND ABADIE, ET AL,.                        CADDO PARISH, LOUISIANA

FILED

PETITION FOR APPEAL

APR 1 3 2000

CADDO PARISH DEPUTY CLERK

1.

The Petition of Larry E. Clark, Plaintiff in the above entitled matter, with respect, represents the following:

Petitioner is aggrieved by the Judgment rendered on March 13, 2000, signed on March 17, 2000, and filed on March 20, 2000. The Judgment granted an Exception of Res Judicata to Defendant, Anna E. Dow, and it dismissed Plaintiff's suit with prejudice.

2.

Additionally, Petitioner is aggrieved by the Judgment rendered on January 3, and March 13, 2000, signed on March 22, 2000, and filed on March 21, 2000. The Judgment granted an Exception of No Cause of Action and Alternative Exception of Prescription as to Defendant, James M. Dousay, and it dismissed Plaintiff's suit with prejudice and at Plaintiff's cost, and the Judgment also granted an Exception of Prescription and Res Judicata to Defendants, Louisiana Department of Transportation & Development, Paul Ray Dry, Edward A. Michel, Frank Denton, Lawrence A. Durant, Burnie L. Malone, Ronald J. Bertrand, Charles E. Soileau, Bertrand & Soileau, H. David Gullette, Keats Everette, Roger L. Burford and Eugene E. Chiarulli, and it dismissed Plaintiff's suit against these Defendants with prejudice and at Plaintiff's cost.

696

EXHIBIT
2

3.

And, finally, the Judgment rendered on January 3, 2000, and signed and filed on April 3, 2000. This Judgment granted a Motion to Strike Plaintiff's Fourth and Fifth Amended Petitions filed Defendants, Brook Pizza & Van Loon, L. L. P., Jack Pierce Brook and Normand L. Pizza, and the Judgment granted an Exception of Res Judicata to Defendants, Brook, Pizza & Van Loon, Jack Pierce Brook and Normand L. Pizza, and as a result dismissed Plaintiff's claims and lawsuit with prejudice, and it Plaintiff's cost.

4.

The above Judgments dismiss the suit to less than all of the Defendants, and as a result the Judgments are appealable in accordance with Louisiana Code of Civil Procedure Article 1915 (1).

WHEREFORE, Petitioner prays that an appeal be granted herein in the above entitled suit, hereby appealing to the Louisiana Second Circuit Court of Appeals, and accordingly, that an order of suspensive appeal be entered herein, and returnable within the delays fixed by law and without the necessity of furnishing bond therefor and that the return day for said appeal be fixed by this Honorable Court.

Respectfully submitted,

Larry E. Clark, Pro Se
P. O. Box 76752
Atlanta, Ga 30358
(770)641-8361

## CERIFICATE

I hereby certify that a copy of the above and foregoing has been served upon all attorneys of record by depositing a copy of the same into the U.S. Mail properly addressed and with postage prepaid. This 13th day of April, 2000.

697

FIRST JUDICIAL DISTRICT COURT

PARISH OF CADDO

STATE OF LOUISIANA

MR. & MRS. LARRY E. CLARK

versus

CIVIL NUMBER:362,381-A

MANGHAM, HARDY, ROLFS, AND
ABADIE, ET AL

### ORDER

The Petition Of Appeal Considered:

IT IS ORDERED that Plaintiff, LARRY E. CLARK is hereby GRANTED a suspensive appeal from the judgments rendered in the above entitled and numbered cause on March 13, 2000, that dismissed Plaintiff's suit against Defendant, ANNA E. DOW;

IT IS ALSO ORDERED that Plaintiff, LARRY E. CLARK is hereby GRANTED a suspensive appeal from the judgments rendered in the above entitled and numbered caused on January 3, and March 13, 2000, that dismissed Plaintiff's suit against Defendants, JAMES M. DOUSAY, LOUISIANA DEPARTMENT OF TRANSPORTATION & DEVELOPMENT, PAUL RAY DRY, EDWARD A. MICHEL, FRANK DENTON, LAWRENCE A. DURANT, BERNIE L. MALONE, RONALD J. BERTRAND, CHARLES E. SOILEAU, BERTRAND & SOILEAU, H. DAVID GULLETTE, KEATS EVERETTE, ROGER L. BURFORD, and EUGENE E. CHIARULLI;

1.

698

IT IS FURTHER ORDERED that Plaintiff, LARRY E. CLARK is hereby GRANTED a suspensive appeal from the judgment rendered on March 13, 2000, that dismissed Plaintiff's suit against BROOK, PIZZA & VAN LOON, L. L. P., JACK PIERCE BROOK, and NORMAND L. PIZZA, and that dismissed Plaintiff's Fourth and Fifth Amended Petitions. All of the above appeals are returnable to the Louisiana Court of Appeals on _____ _____ and/or as provided by law.

Shreveport, Louisiana, this _____, day of April, 2000.

---

**DISTRICT JUDGE**

FROM THE DESK OF
JUDGE ROY L. BRUN

*Return to Larry Clark - There is no final judgment the case is not yet appealable*

*Copies mailed back to mr. Clark of copy of Judge's note.*

699

LARRY E. CLARK

NUMBER: 362,381

VERSUS

1st JDC.

MANGHAM, HARDY, ROLFS AND ABADIE,
ROBERT L. LEDOUX AND ATTORNEYS'
LIABILITY ASSURANCE SOCIETY, INC.
AND ROBERT L. LEDOUX

Section : A

M

## WRITTEN REQUESTS FOR
## PRODUCTION OF DOCUMENTS PROPOUNDED TO DEFENDANTS

LARRY E. CLARK, Plaintiff, in the above entitled matter Profound the following "WRITTEN REQUESTS FOR PRODUCTION OF DOCUMENTS PROFOUND TO DEFENDANTS". The documents shall be mailed to proponents' at 5207 Calibre Creek Parkway, Roswell, GA 30076, according to the deadlines allowed by law.

### REQUEST NO. 1:

Produce All Attorney's Liability Insurance policies as of January 21, 1997 to present, that covers all and any Legal Malpractice acts committed By Defendant, ROBERT L. LEDOUX.

### REQUEST NO. 2:

Produce All Attorneys's Liability Insurance polices as of January 21, 1997, to present, that covers all any Legal Malpractice acts committed by the law firms, MANGHAM, HARDY, ROLFS, BALIEY &

FILED

FEB 2 8 2003

MIKE SPENCE
DEPUTY CLERK OF COURT

SCANNED

1.

929

LARRY E. CLARK

NUMBER: 362,381-A

VERSUS

1st JDC

MANGHAM, HARDY, ROLFS, AND
ABADIE, ET AL.,

CADDO PARISH, LOUISIANA

## MORE INTERROGATORIES PROPOUNDED TO DEFENDANTS

Plaintiff, Larry E. Clark pursuant to the provisions of Louisiana Code of Civil Procedure,
Hereby serves upon the Defendants written interrogatories to be answered separately
and in writing, under oath, these Interrogatories shall be deemed continuing.

### INTERROGATORY N0.1:

Please identify each person making answers to these interrogatories and provide the
name, address and phone number of each said person.

### INTERROGATORY N0. 2:

Please state the name and address of each and every paralegal along with their legal
liability insurer that performed any legal research for the law firm, MANAGHAM,
HARDY, ROLFS, & ABADIE ("MANGHAM HARDY"), and ROBERT L. LEDOUX in
regards to Plaintiff's case, entitled State, of Louisiana, Department of Transportation
& Development v. Larry E. Clark and Melvenia S. Clark, suit numbers 325,511,
325,512, and 328,772 consolidated, First Judicial District Court, Caddo Parish,
Louisiana.

RESPECTFULLY SUBMITTED:

LARRY E. CLARK, PRO SE
P. O. BOX 76752
ATLANTA, GEORGIA 30358
Phone: (678)754-7324
Fax: (678)528-1950

## CERTIFICATE

I HEREBY CERTIFY THAT A COPY OF THE ABOVE HAVE BEEN SERVED ON THE
DEFENDANTS, BY DEPOSTING A COPY OF SAME BY U.S. MAIL, WITH POSTAGE
PREPAID TO THEIR COUNSEL OF RECORD, ATTORNEY SARAH A.
KIRKPATRICK, TENTH FLOOR, LOUISIANA TOWER, 401 EDWARDS STREET,
SHREVEPORT, LA 71101.

DONE THIS 22nd DAY OF FEBRUARY, 2006.

LARRY E. CLARK
P. O. BOX 76752
ATLANTA, GA 30358

FILED
FEB 2 3 2006
JIM SCOTT
DEPUTY CLERK OF COURT

931


EXHIBIT
4

LARRY E. CLARK                    NUMBER: 362,381

VERSUS                           FIRST JUDICIAL DISTRICT COURT

MANGHAM, HARDY ROLFS             CADDO PARISH, LOUISIANA
AND ABADIE, ROBERT L.
LEDOUX AND ATTORNEYS'
LIABILITY ASSURANCE
SOCIETY, INC., AND BROOK,
MORIAL, CASSIBRY, FRACHIE
& PIZZA AND ANNA E. DOW,         SECTION "A"

### PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOCTICE, pursuant to the Louisiana Code of Civil

Procedures, Plaintiff, Larry E. Clark propound the following Requests For

Production of Documents to the Defendants in this manner.

### REQUEST FOR PRODUCTION OF DOCUMENTS #1.

Please provide a copy of each and every document that each of the

defendants have provided to Defendant, Attorneys' Liability Assurance

Society, Inc., informing Defendant, Attorneys' Liability Assurance Society,

Inc., that Plaintiff, Larry E. Clark had informed any of the Defendants that

that he intent to or, that he had already filed a claim against any of the

Defendants.

Respectfully submitted:

Larry E. Clark, Pro se

### Certificate

I hereby certify that a copy of this "Request For Production of

Document" has been served on the Defendants through their counsel of

record by depositing a copy of same to Attorney Sarah A. Kirkpatrick, 10th

Floor, Louisiana Tower, 401 Edwards Street, Shreveport, LA 71101, and

with postage prepaid.  This 11th day of February 2009.

Larry E. Clark.

PGS 3  EXH 1  MIN
CC  CP  MAIL  N/J
INDEX  REC  FAX
W/D DOC  CERT MAIL
SERVICE

25.00
FILED
FEB 1 9 2009
JIM SCOTT
DEPUTY CLERK OF COURT

933


EXHIBIT
5

LARRY E. CLARK                    NUMBER: 362,381

VERSUS                           FIRST JUDICIAL DISTRICT COURT

MANGHAM, HARDY ROLFS    CADDO PARISH, LOUISIANA
AND ABADIE, ROBERT L.
LEDOUX AND ATTORNEYS'
LIABILITY ASSURANCE
SOCIETY, INC., AND BROOK,
MORIAL, CASSIBRY, FRACHIE
& PIZZA AND ANNA E. DOW    SECTION "A"

### WRITTEN REQUESTS FOR ADMISSION OF FACTS
### AND INTERROGATORIES PROFOUNDED TO DEFENDANTS

To: DEFENDANTS, MANGHAM, HARDY, & STEVENS, L.L.P.,
SUCCESSORS IN INTERESTS TO MANGHAM, HARDY,
ROLFS, BAILEY AND ABADIE, ROBERT L. LEDOUX, AND
ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC.,
THROUGH THEIR ATTORNEY OF RECORD,
SARAH A. KIRKPATRICK
TENTH FLOOR, LOUISIANA TOWER
401 EDWARDS STREET
P. O. BOX 8
SHREVEPORT, LOUISIANA 71161-008

NOW COMES, PLAINTIFF, LARRY E. CLARK, IN Proper Person,

who profound these "WRITTEN REQUESTS FOR ADMISSION OF

FACTS AND INTERROGATORIES" to the above Defendants through

their counsel of record to be answered under oath and in writing, separately,

fully, and completely, and signed by the person and/or persons and/or his

and/or agent, and/or attorney. They are to be seasonably updated, and in

accordance with Louisiana Code of Civil Procedures. The Defendant's

and/or Defendants' answers to these "WRITTEN REQUESTS FOR

ADMISSION OF FACTS AND INTERROGATORIES" shall be served on

Plaintiff, LARRY E. CLARK at P. O. BOX 76752, ATLANTA, GA 30358,

and within the time limit as allowed by Louisiana Code of Civil Procedures.



FILED
FEB 1 9 2009
JIM SCOTT
DEPUTY CLERK OF COURT

934

EXHIBIT
6

**REQUEST FOR ADMISSION OF FACT AND/OR INTERROGATORIES #1.**

Does each the Defendants represented by the counsel that these "Request For Admission Of Fact And/Or Interrogatories" admit that Defendant, Attorneys Liability Assurance Society Inc., is the professional liability insurance provider for each of the Defendants?

**REQUEST FOR ADMISSION OF FACT AND/OR INTERROGATORIES #2.**

When was the first time, the day, the date, and the year, when any of the Defendants first informed Defendant, Attorneys Liability Assurance Society Inc., that Plaintiff, Larry E. Clark had informed any of the Defendants that Plaintiff, Larry E. Clark would be presuming a claim against any of the Defendants?

**REQUEST FOR ADMISSION OF FACT AND/OR INTERROGATOREIS #3.**

Does each of the Defendants admit that the total amount of liability insurance coverage provided by the insurance policy issued to the defendants by Defendant, Attorney Liability Assurance Society Inc., for Plaintiff, Larry E. Clark's claim is in the amount of Twenty-Million Dollars ($20,000,000.00) plus legal interests and all other cost as a result of the claim?

Respectfully submitted:

Larry E. Clark, Pro Se
P. O. Box 76752
Atlanta, Georgia 30358
Phone (678) 754-7324

CERTIFICATE

I hereby certify that a copy of the above "Request For Admissions Of Facts And Interrogatories Profound To Defendants have been served on the Defendants through their counsel of record, Attorney Sarah A. Kirkpatrick, 10[th] Floor Louisiana Tower, 401 Edwards Street, Shreveport, Louisiana 71101, by depositing the same into the U.S. Mail, with postage prepaid.

This 11th day of February 2009.

Larry E. Clark

935

1ST JUDICIAL DISTRICT COURT
PARISH OF CADDO
STATE OF LOUISIANA

LARRY E. CLARK ) NUMBER: 362,381

VERSUS

MANGHAM, HARDY ROLFS.
AND ABADIE, ROBERT L. LEDOUX
AND ATTORNEYS LIABILITY
ASSURANCE SOCIETY IN C., AND
BROOK, MORIAL, CASSIBRY,
FRACHIE & PIZZA AND ANNA E. DOW ) CIVIL SECTION: "A"

## PLAINTIFF'S AGAIN REQUESTS FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE, pursuant to the Louisiana Code of Civil Procedures,

PLAINTIFF, LARRY E. CLARK, profound the following Requests For

Production of Documents to the Defendants in this matter.

REQUEST FOR PRODUCTION OF DOCUMENT #1:

Please provide a copy of each and every document that each of the Defendants

intent to introduce at trial of this matter.

Respectfully, submitted,

Larry E. Clark, Pro Se
P. O. Box 76752
Atlanta, GA 30358
(678)754-7324

CERTIFICATE

I hereby certify that a copy of this "REQUEST FOR PRODUCTION OF

DOCUMENTS" has been served on the Defendants through their attorney of

record Attorney Sarah A. Kirkpatrick, Tenth Floor, Louisiana Tower, 401 Edwards

Street, Shreveport, LA 71101. Certified# 7011 5710 0001 1331 7916

Atlanta, GA, this 13th day of February, 2012.

LARRY E. CLARK

PGS___1___ EXH___1___ MIN.____
CC _____CP____ MAIL____ N/J.____
INDEX _____ REC_____ FAX_____
W/D DOC _____ CERT MAIL_____
SERVICE _____

$20.00 FILED

FEB 1 5 2012

E. G. BRUMLEY
CADDO DEPUTY CLERK OF COURT

937



LARRY E. CLARK, ET AL

VERSUS

MANGHAM, HARDY, ROLFS, AND
ABADIE, ET AL

CIVIL NUMBER: 362,381-A

FIRST JUDICIAL DISTRICT COURT

CADDO PARISH
STATE OF LOUISIANA

### FEBRUARY 2015 REQUESTS FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE, that pursuant to the Louisiana Code of Civil

Procedures, PLAINTIFF, LARRY E. CLARK, profound the following Requests

For Production of Documents to the Defendants in this matter:

REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 1:

Please provide a copy of each and every insurance document that any

Defendant may have that pertains to any additional legal malpractice insurance

coverage that any Defendant have purchased that covers any of the acts that the

Defendants are alleged to have committed in this suit.

Respectfully submitted,

Larry E. Clark, Pro Se
P. O. Box 76752
Atlanta, GA 30358
(678)754-7324

### CERTIFICATE

I hereby certify that a copy of this "FEBRUARY 2015 REQUESTS FOR

PRODUCTION OF DOCUMENTS" has been served on the Defendants through

their attorney of record, Attorney Sarah A. Kirkpatrick, Tenth Floor, Louisiana

Tower, 401 Edwards Street, Shreveport, Louisiana 71101, by depositing a copy

into the U. S. Mail #70111570000113317718, with prepaid postage.

Done on this 2nd day of February, 2015.

LARRY E. CLARK

$ 20.00 FILED

FEB 0 2 2015

JIM SCOTT
CADDO DEPUTY CLERK OF COURT

PGS __1__ EXH ____ MIN __
CC ____ CP __ MAIL __ N/J__
INDEX ____ REC ____ FAX__
W/D DOC ____ CERT MAIL __
SERVICE ____

939

EXHIBIT

8

tabbies

LARRY E. CLARK, ET AL     :  CIVIL NUMBER: 362,381

VERSUS     :  FIRST JUDICIAL DISTRICT COURT

MANGHAM, HARDY, ROLFS &  :  CADDO PARISH
ABADIE, ET AL     :  STATE OF LOUISIANA

## JANURARY 2018 REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE, that pursuant to the Louisiana Code of Civil

Procedures Art. 1462, PLANTIFF, LARRY E. CLARK, profound the following

RequestsFor Production of Documents to the Defendants in this matter:

## REQUEST FOR PRODUCTIOIN OF DOCUMENTS NUMBER 1:

Please provide within ten (10) days, a copy of any and all Appraisal Reports, that
the Louisiana Department of Transportation & Development provided to
Defendants, Attorney Robert L. Ledoux, and/or the law firm, concerning any and
all property, that the Louisiana Department of Transportation & Development
expropriated from land-owners Larry E. Clark and Melvenia S. Clark, in suit
#325,511; #325,512 and #328,772, filed in the 1st JDC of Caddo Parish. Also
provide all documents requested in the 2015 Requests For Documents.

Respectfully submitted,

Larry E. Clark, Prod Se
P. O. Box 76752
Atlanta, Georgia, 30358
(678)754-7324

PGS \_\_\_\_ EXH \_\_\_\_ MIN \_\_\_\_
CC \_\_\_\_ CP \_\_\_\_ MAIL \_\_\_\_ N/J \_\_\_\_
INDEX \_\_\_\_ REC \_\_\_\_ FAX \_\_\_\_
W/D DOC \_\_\_\_ CERT MAIL \_\_\_\_
SERVICE \_\_\_\_

## CERTIFICATE

I hereby certify that a copy of this "JANUARY 2018 REQUESTS FOR

PRODUCTION OF DOCUMENTS" has been served on the Defendants through

their attorney of record, Attorney Sarah A. Kirkpatrick, Tenth Floor, Louisiana

Tower, 401 Edwards Street, Shreveport, Louisiana 71101, by mailing a copy by

U. S. Certified Mail, #7016 0600 0000 7433 9390, with postage prepaid.

Done on this 12th day of January, 2018.

LARRY E. CLARK

FILED
JAN 12 2018
SHARON NEWTON
DEPUTY CLERK OF COURT

**EXHIBIT**
9

tabbies

FIRST JUDICIAL DISTRICT COURT

PARISH OF CADDO

STATE OF LOUISIANA

MR. & MRS. LARRY E. CLARK, ET, AL.,  : Civil Docket Number 362,381-A

VERSUS

MANGHAM, HARDY, ROLFS, BAILEY
ABADIE, ET AL

### MOTION WITH AFFIDAVIT, ETC TO PROCEED INFORMA PAUPERIS

NOW INTO COURT, Comes Larry E. Clark, In Proper Person, and who

respectfully represents:

I.

In 1986, the Louisiana Department of Transportation And Development

(DOTD) filed three (3) separate expropriation suits against Mover and his former

wife, Melvenia S. Clark, the immoval property owners of the expropriated

property. At the time of the filing of the suits, all of the property expropriated,

was leased to a corporation, L & M Hair Care Products, Inc.(L&M). All stock of

the family owned corporation, is owned by the Clarks's kids. At the time of the

expropriation, the corporation operated a business that manufactured, wholesaled,

retailed, advertised, and marketed, black hair products.

2.

Although L & M, at the time of the expropriation, had several leases with the

Clark, and one of its leases, was recorded into the Public Records, the DOTD did

not make L & M a party to the suits, and to this date, DOTD has not paid L & M,

no compensation for it property rights, and it has for many years, intentionally

destroyed the black hair care business.

PGS 8  EXH 7  MIN ✓
CC 1  CP ___ MAIL 1  N/J ___
INDEX ___ REC ___ FAX ___
W/D DOC ___ CERT MAIL ___
SERVICE ___

Received
11/29/2017
16:26

*(Pauper)*
FILED
MAR 02 2018
JIM SCOTT
DEPUTY CLERK O
CADDO P/3



EXHIBIT
10

LARRY E. CLARK, ET AL               :CIVIL NUMBER: 362,381

VERSUS                              : FIRST JUDICIAL DISTRICTCOURT

MANGHAM, HARDY, ROLFS &             : CADDO PARISH
ABADIE, ET AL                       : STATE OF LOUISIANA

### THE JANUARY 2021 REQUEST FOR PRODUCTION OF DOCUMENTS

PLEASE TAKE NOTICE, that pursuant to the Louisiana Code of Civil

Procedures Article No. 1462, Plaintiff, LARRY E. CLARK, profound the

following Requests For Production of Documents to the Defendants, ROBERT L.

LEDOUX, and MANGHAM, HARDY, ROLFS & ABADIE, ET AL., in this

matter:

### REQUEST FOR PRODUCTION OF DOCUMENTS NUMBER 1:

Please provide within ten (10) days, a copy of any and all the Appraisal Reports,
that the Louisiana Department of Transportation & Development provided to
Attorney Robert L. Ledoux, and/or the law firm and/or law firms of Attorney
Robert L. Ledoux, regarding all of the property of the Clarks that was expropriated
and/or that was damaged in suits numbers: 325,511; 325,512 and 328,772,
consolidated, filed in the First Judicial Court of Caddo Parish.

Respectfully submitted,

Larry E. Clark, Pro Se
P. O. Box 76752
Atlanta, GA 30358
(678)754-7324

$___ FILED

JAN 08 2021

ERIN GILCREASE
DEPUTY CLERK OF COURT
CADDO PARISH

### CERTIFICATE

I hereby certify that a copy of this "JANUARY 2021 REQUEST FOR

PRODUCTION OF DOCUMENTS" has been served upon the Defendants through

their attorney of record, Ms. Sarah A. Kirkpatrick, Tenth Floor, Louisiana Tower,

401 Edwards Street, Shreveport, Louisiana 71101, by depositing a copy into the U.

S. Mail, properly addressed, and with postage paid.

Done on the ___7th___, day of January, 2021.

PGS_2_ EXH_2_ MIN____
CC___ CP___ MAIL___N/I__
INDEX___ REC____ FAX____
W/D DOC___ CERT MAIL____
SERVICE_____

LARRY E. CLARK

959



CADDO PARISH CLERK OF COURT
MIKE SPENCE
CLERK OF COURT
501 TEXAS ST, ROOM 103
SHREVEPORT, LA 71101-5408

CLARK,LARRY E    ETUX  ETAL
V.S.

HARDY,MANGHAM    ETAL
DATE:        8/11/2022

SUIT:    362381                    Section A
FIRST JUDICIAL DISTRICT COURT
CADDO PARISH, LOUISIANA

JUDGE: 1st Judicial District Judge

**MINUTES OF THE COURT**

| | |
|---|---|
| 7/5/1990 | DILATORY EXCEPTION FILED JULY 2, 1990 BY MANGHAM, HARDY, ROLFS AND ABADIE. |
| 3/14/1994 | MOTION AND ORDER FILELD MARCH 10, 1994 BY HARGROVE, GUYTON, RAMEY AND BARLOW, L.L.P. TO WITHDRAW AS COUNSEL FOR MANGHAM, HARDY, ROLFS AND ABADIE, AND BARLOW AND HARDTNER L.C. TO ENROLL. |
| 3/15/1995 | INTERROGATORIES PROPOUNDED TO DEFENDANT FILED MARCH 13, 1995. |
| 10/26/1995 | CASE REASSIGNED THIS DAY FROM SECTION "B" TO SECTION "F". |
| 12/4/1995 | DILATORY EXCEPTION FILED NOVEMBER 29, 1995 BY ROBERT L. LEDOUX. |
| 12/4/1995 | CERTIFICATE OF SERVICE FILED NOVEMBER 30, 1995. |
| 5/6/1996 | JOINT MOTION AND ORDER FILED APRIL 22, 1996 BY J. RANSDELL KEENE TO WITHDRAW AS COUNSEL FOR PLAINTIFFS. |
| 9/23/1996 | FIRST AMENDED PETITION FILED SEPTEMBER 16, 1996. |
| 9/30/1996 | EXCEPTION OF NO CAUSE OF ACTION FILED SEPTEMBER 27, 1996 BY ANNA E. DOW. |
| 10/2/1996 | REQUEST FILED SEPTEMBER 27, 1996 BY L. LANE ROY P. O. DRAWER 94-C, LAFAYETTE, LA. 70509 FOR TEN DAYS ADVANCE NOTICE OF ANY SETTING AND NOTICE OF JUDGMENT. |
| 10/2/1996 | EXCEPTION OF NO CAUSE OF ACTION FILED SEPTEMBER 30, 1996 BY ANNA E. DOW. |
| 10/7/1996 | MOTION FOR EXTENSION OF TIME FILED SEPTEMBER 27, 1996 BY MANGHAM, HARDY, ROLFS & ABADIE AMD ROBERT L. LEDOUX. MOTION FOR EXTENSION OF TIME FILED OCTOBER 1, 1996 BY BROOK, MORIAL, PIZZA & VAN LOON. |
| 10/21/1996 | ORDER FILED OCTOBER 17, 1996 BY THE COURT SETTING HEARING ON EXCEPTIONS ON DECEMBER 18, 1996. |
| 12/16/1996 | MOTION FILED NOVEMBER 20, 1996 BY ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC. FOR ADDITIONAL TIME TO RESPOND TO FIRST AMENDED PETITION. |
| 12/23/1996 | MOTION TO SEVER CLAIM FILED DECEMBER 9, 1996 BY PLAINTIFFS. SECOND AMENDED PETITION FILED DECEMBER 9, 1996. |
| 12/30/1996 | DEFAULT AS TO ATTORNEY'S ASSURANCE SOCIETY INC. AND BROOK, MORIAL, CASSIBRY, FRACHIE AND PIZZA ONLY. |
| 1/6/1997 | DILATORY EXCEPTION OF LACK OF PROCEDURAL CAPACITY AND PREMATURITY AND PEREMPTORY EXCEPTIONS OF PRESCRIPTION AND NO CAUSE AND NO RIGHT OF ACTION FILED DECEMBER 30, 1996 BY DEFENDANT. |
| 1/6/1997 | ON APPLICATION TO CONFIRM DEFAULT AS TO ATTORNEYS ASSURANCE SOCIETY, INC AND BROOK, MORIAL, CASSIBRY, FRACHIE AND PIZZA ONLY, |

1

EXHIBIT
12

| | |
|---|---|
| | EVIDENCE ADDUCED, CLOSED AND MATTER SUBMITTED (SEE DECREE) (JUDGE EMANUEL) (EW) |
| 1/15/1997 | CASE REASSIGNED THIS DAY FROM SECTION "F" TO SECTION "A" (a) BY COURT ORDER. |
| 1/29/1997 | REQUEST FILED JANUARY 27, 1997 BY JOSEPH L. SHEA, JR. FOR TEN DAYS ADVANCE NOTICE OF ANY SETTING AND NOTICE OF JUDGMENT. |
| 2/3/1997 | MOTION TO STRIKE FILED JANUARY 17, 1997 BY PLAINTIFF IN PROPER PERSON. |
| 2/10/1997 | MOTION TO STRIKE FILED BY PLAINTIFF CALLED FOR ARGUMENT. PLAINTIFF PRESENT IN PROPER PERSON. MOTION FOR RECUSAL FILED BY PLAINTIFF IS TRANSFERRED TO JUDGE THAXTON FOR ARGUMENT. (JUDGE SCOTT) (DL) |
| 2/10/1997 | MOTION TO RECUSE FILED BY PLAINTIFF ARGUED IN PART AND CONTINUED TO BE RESET. (SEE DECREE) (JUDGE THAXTON) (WH) |
| 2/12/1997 | MOTION TO RECUSE FILED FEBRUARY 10, 1997 BY PLAINTIFF. REQUEST FILED FEBRUARY 10, 1997 BY LARRY E. CLARK FOR TEN DAYS ADVANCE NOTICE OF SETTING OF TRIAL AND JUDGMENT. |
| 4/8/1997 | ARGUMENT ON MOTION TO RECUSE FILED BY PLAINTIFF RESUMED, PLAINTIFF NOT PRESENT OR REPRESENTED BY COUNSEL. THE COURT ORDERED MOTION DENIED. ORAL MOTION FOR SANCTIONS MADE THIS DAY BY DEFENDANT ARGUED, SUBMITTED AND GRANTED AND DEFENDANT IS AWARDED $2,000.00 ATTORNEY FEES PLUS COURT COST AS DICTATED TO THE COURT REPORTER. (SEE DECREE) (JUDGE THAXTON) (JM) |
| 4/21/1997 | FOR REASONS ASSIGNED IN A WRITTEN OPINION FILED APRIL 17, 1997 JUDGMENT RENDERED IN FAVOR OF DEFENDANT DENYING PLAINTIFFS CLAIM AT PLAINTIFFS COSTS. |
| 4/23/1997 | JUDGMENT ON EXCEPTIONS AND MOTIONS READ, SIGNED AND FILED APRIL 17, 1997.   JUDGMENT READ, SIGNED AND FILED APRIL 17, 1997. |
| 4/28/1997 | ORDER DENYING MOTION FOR RECUSATION AND JUDGMENT IMPOSING SANCTIONS FILED APRIL 23, 1997. |
| 5/14/1997 | PETITION OF APPEAL FILED MAY 9, 1997 BY LARRY E. CLARK. |
| 6/16/1997 | REQUEST FILED JUNE 11, 1997 BY CLAIR F. WHITE FOR TEN DAYS ADVANCE NOTICE OF ANY SETTING AND NOTICE OF JUDGMENT. |
| 8/4/1997 | |
| 1/5/1998 | THIRD AMENDED PETITION FILED DECEMBER 29, 1997 BY PLAINTIFF. |
| 1/20/1998 | MOTION BY DEFENDANTS, MANGHAM, HARDY, ROLFS & ABADIE, ROBERT L. LEDOUX AND ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC. FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED PETITION FILED JANUARY 13, 1998 |
| 1/21/1998 | MOTION BY PLAINTIFFS FOR ADDITIONAL TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED PETITION FILED JANUARY 15, 1998 |
| 2/9/1998 | NOTICE OF REMOVAL FILED FEBRUARY 4, 1998 REMOVING CASE FROM THE FIRST JUDICIAL DISTRICT COURT, CADDO PARISH TO THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF LOUISIANA, SHREVEPORT DIVISION. |
| 2/9/1998 | AMENDED JUDGMENT READ, SIGNED AND FILED FEBRUARY 5, 1998. |
| 3/11/1998 | COPY OF ORDER FROM THE COURT OF APPEAL, SECOND CIRCUIT FILED MARCH 4, 1998. |
| 11/16/1998 | COPY OF JUDGMENT FROM THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA FILED NOVEMBER 6, 1998. |
| 7/20/1999 | NOTICE TO THE CLERKS OFFICE OF THE U.S. COURT'S ORDER GRANTING PLAINTIFFS' MOTIONS TO PROCEED IN FORMA PAUPERIS AND EXTENSIONS TO |

2

| | |
|---|---|
| | SERVE THE REMAINING DEFENDANTS NOT SERVED FILED JULY 19, 1999. |
| 7/27/1999 | FOURTH AMENDED AND SUPPLEMENTAL PETITION FILED JULY 27, 1999 PLAINTIFF. |
| 9/3/1999 | FIFTH AMENDED PETITION FILED SEPTEMBER 1, 1999. |
| 9/16/1999 | EXCEPTION OF NO CAUSE OF ACTION AND MOTION TO DISMISS FILED SEPTEMBER 14, 1999 BY JAMES M. DOUSAY WITH ORDER SETTING ARGUMENT DATE OF OCTOBER 25, 1999. |
| 9/22/1999 | MOTION FOR EXTENSION OF TIME FILED SEPTEMBER 20, 1999 BY JACK PIERCE BROOK AND NORMAND F. PIZZA WITH UNSIGNED ORDER. |
| 9/23/1999 | MOTION AND ORDER FILED SEPTEMBER 20, 1999 BY DEFENDANTS EXTENDING TIME IN WHICH TO FILE RESPONSIVE PLEADINGS. |
| 9/24/1999 | MOTION TO STRIKE AND FOR SANCTIONS FILED SEPTEMBER 20, 1999 BY MANGHAM, HARDY & STEVENS L.L.P., ROBERT L. LEDOUX AND ATTORNEYS' LIABILITY ASSURANCE SOCIETY, INC. |
| 10/4/1999 | FAX COPY OF ORDER FILED OCTOBER 4, 1999. |
| 10/7/1999 | MOTION TO STRIKE PLAINTIFF'S FOURTH AND FIFTH AMENDED PETITION AND PEREMPTORY EXCEPTION OF RES JUDICATA AND MOTION FOR SANCTIONS FILED OCTOBER 4, 199 BY BROOK, PIZZA & VAN LOON, JACK PIERCE BROOK AND NORMAND L. PIZZA, WITH ORDER SETTING ARGUMENTS FOR OCTOBER 25, 1999. |
| 10/11/1999 | MOTION AND ORDER FOR LEAVE OF COURT TO FILE FOURTH AND FIFTH AMENDED PETITIONS FILED OCTOBER 7, 1999 BY PLAINTIFF, WITH UNSIGNED ORDER. ANSWER FILED OCTOBER 11, 1999 BY JAMES F. ABADIE. |
| 10/20/1999 | MOTION TO STAY PROCEEDINGS FILED OCTOBER 20, 1999 BY LARRY E. CLARK (P O BOX 76752, ATLANTA, GA 30358) IN PROPER PERSON. |
| 11/15/1999 | AFFIDAVIT FILED NOVEMBER 12, 1999. |
| 12/3/1999 | RULE TO SHOW CAUSE AND ALTERNATIVE MOTION TO STRIKE PLAINTIFF'S FOURTH AND FIFTH AMENDED PETITION FOR FAILURE TO COMPLY WITH SIGNATURE REQUIREMENTS FILED NOVEMBER 29, 1999 BY BROOK, PIZZA & VAN LOON, WITH ORDER SETTING HEARING ON JANUARY 3, 2000. MOTION TO SUPPLEMENT RECORD ON THE EXCEPTION OF RES JUDICATA WITH ADDITIONAL EXHIBITS FILED NOVEMBER 29, 1999 BY BROOK, PIZZA & VAN LOON, WITH ORDER SETTING HEARING ON JANURY 3, 2000. |
| 12/14/1999 | ALTERNATIVE EXCEPTION OF PRESCRIPTION FILED DECEMBER 10, 1999 BY JAMES M. DOUSAY WITH ORDER SETTING CASE FOR HEARING ON JANUARY 3, 2000. |
| 1/3/2000 | MOTION TO STRIKE AND FOR SANCTIONS FILED BY MANGHAM, HARDY & STEVENS LLP, MOTION TO STAY & FOR RES JUDICATA FILED BY PLAINTIFF AND MOTION TO STRIKE FILED BY BROOK, PIZZA & VAN LOON IN THE ALTERNATIVE EXCEPTION OF PRESCRIPTION FILED BY DEFENDANT CALLED FOR ARGUMENT. EXCEPTION OF NO CAUSE OF ACTION AND ALTERNATIVE EXCEPTION OF PRESCRIPTION FILED THIS DAY BY JERALD L PERLMAN. MOTION TO STRIKE FILED BY MANGHAM, HARDY AND STEVENS LLP ARGUED, SUBMITTED AND GRANTED. MOTION FOR LEAVE OF COURT FILED BY LARRY E. CLARK ARGUED, SUBMITTED AND DENIED. MOTION TO STRIKE AND PEREMPTORY EXCEPTION OF RES JUDICATA FILED BY BROOK, PIZZA AND VAN LOON ARGUED, SUBMITTED AND GRANTED. EXCEPTION OF PRESCRIPTION FILED BY JERALD L. PERLMAN ARGUED, SUBMITTED AND GRANTED. EXCEPTION OF NO CAUSE OF ACTION FILED BY JERALD L. PERLMAN ARGUED, SUBMITTED AND GRANTED AS TO MR. JAMES M. DOUSAY ONLY. MOTION TO DISMISS FILED BY JERALD L. PERLMAN ARGUED, SUBMITTED AND GRANTED AS TO THOMAS R. STEPHEN, NORMAN L. SCISSION, JUDE W. P. PATIN, ROBERT G. GRAVES, FALCON A. MARTIN, NEIL L. WAGONER AND GEORGE B. LAND ONLY. REGULARLY TAKEN UP ON RULE TO EXAMINE DEFENDANT AS JUDGMENT DEBTOR FILED BY MANGHAM, HARDY & STEVENS LLP. BY AGREEMENT RULE IS CONTINUED UNTIL MARCH 13, 2000. ALL PENDING MATTERS ARE ORDERED CONTINUED UNTIL MARCH 13, 2000. (SEE DECREE) (JUDGE BRUN) (MC) |

3

| 1/3/2000 | AFFIDAVITS FILED DECEMBER 30, 1999. AFFIDAVIT FILED JANUARY 3, 2000. |
|---|---|
| 1/4/2000 | MOTION TO STRIKE PLAINTIFF'S FOURTH AND FIFTH AMENDED PETITION AND PEREMPTORY EXCEPTION OF RES JUDICATA AND MOTION FOR SANCTIONS FILED DECEMBER 29, 1999. |
| 1/26/2000 | REQUESTS FOR WRITTEN REASONS ON ALL JUDGMENTS TO BE ISSUED IN THIS CASE FILED JANUARY 25, 2000. |
| 2/17/2000 | EXCEPTION OF NO CAUSE OF ACTION AND ALTERNATIVE EXCEPTIONS OF PRESCRIPTION AND RES JUDICATA FILED FEBRUARY 15, 2000 BY DEFENDANTS WITH ORDER SETTING ARGUMENT FOR MARCH 13, 2000. |
| 3/6/2000 | AFFIDAVIT OF LONG ARM SERVICE FILED MARCH 3, 2000. |
| 3/9/2000 | MOTION TO DECLARE JUDGMENT VOID FILED MARCH 1, 2000 BY PLAINTIFF WITH ORDER SETTING ARGUMENT FOR MARCH 13, 2000. |
| 3/10/2000 | MOTION AND ORDER FILED MARCH 1, 2000 BY PLAINTIFF SETTING RULE TO SHOW CAUSE FOR MARCH 13, 2000. |
| 3/13/2000 | EXCEPTIONS OF NO CAUSE OF ACTION, PRESCRIPTION AND RES JUDICATA FILED BY DEFENDANT ARGUED SUBMITTED AND GRANTED. MOTION TO DECLARE JUDGMENT VOID FILED BY PLAINTIFF AND RULE FILED BY PLAINTIFF CALLED FOR ARGUMENT, EVIDENCE ADDUCED, CLOSED, ARGUED, SUBMITTED AND DENIED. MOTION FOR RES JUDICATA FILED BY ANNA DOW ARGUED, SUBMITTED AND GRANTED. (JUDGE BRUN) (WH) |
| 3/24/2000 | JUDGMENT READ, SIGNED AND FILED MARCH 20, 2000. |
| 3/27/2000 | JUDGMENT READ, SIGNED AND FILED MARCH 21, 2000. |
| 4/7/2000 | JUDGMENT READ, SIGNED AND FILED APRIL 3, 2000. |
| 4/10/2000 | NOTICE OF FILING MOTION IN THE U.S. DISTRICT COURT, NEW ORLEANS FOR RELIEF ON JUDGMENTS FILED APRIL 10, 2000. |
| 4/17/2000 | UNSIGNED JUDGMENT FILED APRIL 10, 2000. PETITION FOR APPEAL FILED APRIL 13, 2000 FILED BY LARRY E. CLARK WITH UNSIGNED ORDER. |
| 5/10/2000 | AFFIDAVIT FILED MAY 9, 2000. |
| 5/15/2000 | REGULARLY TAKEN UP ON RULE FOR SANCTIONS, PLAINTIFF PRESENT IN PROPER PERSON. ORAL MOTION FOR CONTINUANCE MADE BY PLAINTIFF ARGUED, SUBMITTED AND GRANTED. THE COURT ORDERED RULE AND EXCEPTIONS CONTINUED UNTIL JUNE 19, 2000. (JUDGE BRUN) (SD) |
| 6/21/2000 | MOTION AND ORDER FILED JUNE 16, 2000 BY JACQUES F. BEZOU AND ROBERT H. MATTHEWS TO ENROLL AS COUNSEL FOR PLAINTIFF. |
| 9/18/2000 | MOTION TO RE-FIX RULE FILED SEPTEMBER 11, 2000 BY DEFENDANTS WITH ORDER SETTING ARGUMENT FOR NOVEMBER 13, 2000. |
| 9/26/2000 | MOTION AND ORDER FILED SEPTEMBER 21, 2000 BY JACQUES F. BEZOU TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFF. |
| 11/13/2000 | REGULARLY TAKEN UP ON RULE FOR SANCTIONS, EVIDENCE ADDUCED, CLOSED AND SUBMITTED. JUDGMENT RENDERED IN FAVOR OF THE STATE OF LA. AWARDING $17,296.22. THE COURT REVOKED PLAINTIFF PAUPER STATUS. MOTION AND ORDER FILED THIS DAY BY JACQUES BEZOU TO WITHDRAW AS COUNSEL FOR PLAINTIFF AND PLAINTIFF IS ALLOWED 20 DAYS TO OBTAIN OTHER COUNSEL. JUDGMENT ON MOTION TO STRIKE READ, SIGNED AND FILED. (SEE DECREE) (JUDGE BRUN) (WC) |
| 11/14/2000 | JUDGMENT READ, SIGNED AND FILED NOVEMBER 13, 2000. |

4

| | |
|---|---|
| 12/20/2000 | PETITION OF INTERVENTION TO ENFORCE JUDICIAL MORTGAGE FILED DECEMBER 18, 2000 BY LA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, JAMES M. DOUSAY, PAUL RAY DRY, EDWARD A. MICHEL, FRANK DENTON, LAWRENCE A. DURANT, BURNIE L. MALONE, RONALD J. BERTRAND, CHARLES E. SOILEAU, BERTRAND & SOILEAU, H. DAVID GULLETTE, KEATS EVERETT, ROGER L. BURFORD AND EUGUENE E. CHIARULLI. |
| 1/30/2001 | AFFIDAVIT OF LONG-ARM SERVICE FILED JANUARY 30, 2001. REQUEST FILED JANUARY 30, 2001 BY JERALD L. PERLMAN FOR TEN DAYS ADVANCE NOTICE OF ANY SETTING AND NOTICE OF JUDGMENT. |
| 2/26/2001 | ANSWER TO INTERVENORS' PETITION OF INTERVENTION TO ENFORCE JUDICIAL MORTGAGE FILED FEBRUARY 23, 2001 BY PLAINTIFF. |
| 6/8/2001 | ANSWER FILED JUNE 8, 2001 BY DEFENDANTS. |
| 3/15/2002 | NOTICE OF CHANGE OF ADDRESS FILED MARCH 14, 2002 BY LARRY E. CLARK. |
| 3/3/2003 | REQUEST FILED FEBRUARY 28, 2003 BY PLAINTIFF FOR PRODUCTION OF DOCUMENTS. |
| 2/24/2006 | MORE INTERROGATORIES PROPOUNDED TO DEFENDANTS FILED FEBRUARY 23, 2006 LARRY E. CLARK. |
| 2/20/2009 | REQUEST FOR PRODUCTION OF DOCUMENTS FILED FEBRUARY 19, 2009 BY LARRY E. CLARK. |
| 2/16/2012 | PLAINTIFF'S AGAIN REQUESTS FOR PRODUCTION OF DOCUMENTS FILED FEBRUARY 15, 2012. |
| 2/3/2015 | FEBRUARY 2015 REQUESTS FOR PRODUCTION OF DOCUMENTS FILED FEBRUARY 2, 2015 BY LARRY E. CLARK. |
| 1/18/2018 | REQUEST FOR PRODUCTION OF DOCUMENTS FILED JANUARY 12, 2018 BY LARRY CLARK. |
| 3/22/2018 | MOTION AND ORDER FILED MARCH 2, 2018 BY LARRY CLARK TO PROCEED INFORMA PAUPERIS. |
| 1/12/2021 | REQUEST FOR PRODUCTION OF DOCUMENTS FILED JANUARY 8, 2021. |
| 7/30/2021 | AMENDED AND SUPPLEMENTAL NULLITY PETITION FILED JULY 28, 2021 BY LARRY E. CLARK. |
| 8/11/2021 | MOTION WITH ORDER TO DECLARE THREE JUDGMENTS ABSOLUTELY VOID FILED JULY 19, 2021 BY LARRY E. CLARK WITH ORDER SETTING FOR HEARING ON OCTOBER 28, 2021 AT 9:30 A.M. |
| 10/5/2021 | EX PARTE MOTION TO SUBSTITUTE COUNSEL ON BEHALF OF ATTORNEYS' LIABILITY ASSURANCE SOCIETY, LTD FILED SEPTEMBER 30, 2021 WITH ORDER. |
| 10/20/2021 | MEMORANDUM FILED OCTOBER 19, 2021 BY ATTORNEYS' LIABILITY ASSURANCE SOCIETY, LTD. |
| 10/27/2021 | EX PARTE MOTION TO DISMISS FILED OCTOBER 6, 2021 BY DEFENDANT DISMISSING CAUSE OF ACTION WITHOUT PREJUDICE. |
| 11/19/2021 | AFFIDAVIT OF SERVICE FILED NOVEMBER 18, 2021. |
| 12/14/2021 | RULE TO SET ASIDE THIS COURT'S ORDER ISSUED ON OCTOBER 21, 2021, ALONG WITH MOTION: TO DECLARE C.C.P. ART. 561 UNCONSTITUTIONAL UNDER THE U.S. CONSTITUTION AND/OR UNDER OTHER FEDERAL LAWS; TO HAVE SEVERAL STATE COURT JUDGMENTS DECLARED ABSOLUTELY VOID; TO DEMY RES JUDICATA IF BASED UPON AN ABSOLUTELY VOID SAT COURT JUDGMENT AND/OR UPON A FEDERAL RULE OF CIVIL PROCEDURAL 54 NON-FINAL JUDGMENT OF WHERE A FEDERAL CORT HAS COMMITTED - A PLAIN USURPATION OF POWER - FOR A TOTAL WANT OF JURISDICTION; AND/OR TO DENY RES JUDICATA AS EXCEPTIONAL CIRCUMSTANCES EXIST FILED DECEMBER 8, 2021 BY LARRY CLARK WITH ORDER SETTING HEARING MARCH |

5

|  |  |
|---|---|
|  | 14, 2022 AT 11:30AM. |
| 3/4/2022 | OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE ORDER DISMISSING CASE AS ABANDONED FILED MARCH 3, 2022 BY ATTORNEYS' LIABILITY ASSURANCE SOCIETY, LTD. |
| 3/8/2022 | MEMORANDUM IN OPPOSITION TO RULE TO SHOW CAUSE WHY DISMISSAL SHOULD NOT BE SET ASIDE FILED MARCH 4, 2022 BY GUS A. FRITCHIE III. |
| 3/11/2022 | MEMORANDUM IN OPPOSITION TO RULE TO SHOW CASUE WHY DISMISSAL SHOULD NOT BE SET ASIDE FILED MARCH 10, 2022 BY ANNA DOW. |
| 3/14/2022 | RULE TO SET ASIDE FILED BY PLAINTIFF CALLED FOR ARGUMENT. ARGUED, SUBMITTED AND DENIED. JUDGMENT READ, SIGNED AND FILED. (JUDGE LAFITTE) (WENDY CHAMBERLAIN) |
| 3/15/2022 | ORDER READ, SIGNED, AND FILED MARCH 15, 2022. |
| 3/28/2022 | PLAINTIFF'S MOTION WITH ORDER FOR A NEW TRIAL ON RULING MADE ON MARCH 14,2022, FILED MARCH 18,2022 BY LARRY E. CLARK. |
| 4/1/2022 | OPPOSITION OF MOTION FOR A NEW TRIAL FILED MARCH 31, 2022 BY ATTORNEY'S LIABILITY ASSURANCE SOCIETY, LTD |
| 4/12/2022 | UNSIGNED ORDER FILED APRIL 11, 2022. |
| 4/13/2022 | PLAINTIFF'S PRETRIAL MEMORANDUM FILED APRIL 11, 2022. |
| 5/9/2022 | JUDGEMENT READ SIGNED AND FILED MAY 4,2022. |
| 5/9/2022 | PLAINTIFF'S AMENDED AND/OR SUPPLEMENTAL PETITION WITH ATTACHED ORDER FOR A WRIT OF MANDAMUS FILED APRIL 14, 2022 WITH ORDER SETTING HEARING MAY 23, 2022 AT 11:30AM. |
| 5/9/2022 | MOTION REQUESTING FOR THE RECUSAL OF JUDGE RAMON LAFITTE FILED APRIL 8, 2022 BY PLAINTIFFS WITH UNSIGNED ORDER. |
| 5/11/2022 | OPPOSITION FILED MAY 09, 2022 BY ATTORNEYS' LIABLITY ASSURANCE SOCIETY, LTD. |
| 5/17/2022 | CERTIFIED RETURN RECEIPT FILED MAY 16, 2022. |
| 5/18/2022 | MOTION AND INCORPORATED MEMORANDUM TO ADOPT AND INCORPORATE ATTORNEYS' LIABILITY ASSURANCE SOCIETY LRD'S OPPOSITION TO PLAINTIFF'S MARCH 17, 2022 MOTION FOR A NEW TRIAL AND/OR HEARING FILED MAY 11, 2022 BY ANNA DOW WITH ORDER. |
| 5/20/2022 | MEMORANDUM IN OPPOSITION FILED MAY 18, 2022 BY DOTD. |
| 5/23/2022 | MOTION FOR NEW TRIAL FILED BY LARRY E. CLARK CALLED FOR ARGUMENT. ARGUED, SUBMITTED AND DENIED. JUDGMENT READ, SIGNED AND FILED. (JUDGE LAFITTE) (WENDY CHAMBERLAIN) |
| 5/23/2022 | LETTER FILED MAY 20, 2022. |
| 5/24/2022 | MEMORANDUM IN OPPOSITION TO THE "ORDER WITH REASONS DENYING PLAINTIFF'S MOTION FOR RECUSAL OF THE JUDGE: IT CONTAINS ERRORS AND MAKES NO MENTIONING OF THE U.S. SUPREME COURT IN LARRY E. CLARK V. LOUISIANA DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT, NO. 21-5796, 142 S. CT. 622 (2021), DISMISSING PLAINTIFF'S PETITION FOR WRIT OF CERTIORARI BASED UPON THE LACK OF JURISDICTION OF THE LOUISIANA SECOND CIRCUIT COURT OF APPEAL AND/OR BECAUSE ALL JUDGMENTS APPEALED WERE PARTIAL RULINGS FILED ON MAY 23, 2022 BY PLAINTIFFS. |
| 5/25/2022 | MEMORANDUM IN OPPOSITION TO PLAINTIFFS' AMENDED AND/OR SUPPLEMENTAL PETITION FILED MAY 23, 2022 BY THE STATE OF LA, DEPARTMENT OF TRANSPORTATION AND DEVELOPMENT. |

6

| | |
|---|---|
| 6/21/2022 | PLAINTIFF'S MOTION/PETITION FOR APPEAL FILED JUNE 13, 2022 BY LARRY E. CLARK WITH ORDER. |
| 6/24/2022 | NOTICE(S) OF APPEAL FILED JUNE 24, 2022. |
| 7/26/2022 | NOTICE(S) OF APPEAL FILED JULY 26, 2022. |
| 8/3/2022 | MOTION AND ORDER FOR EXTENSION OF RETURN DATE FILED AUGUST 3, 2022. |

7

CHRONOLOGICAL

INDEX

|  | VOL | PAGE |
|---|---|---|
| Minutes of the First Judicial District Court, Caddo Parish, Louisiana | I | 1-7 |
| Plaintiff's Third Amended Petition filed Before Answer is Served filed December 29, 1997 | I | 8-53 |
| Motion by Defendants, Mangham, Hardy, Rolfs & Abadie, Robert L. Ledoux and Attorneys' Liability Assurance Society, Inc. for Additional Time to Respond to Plaintiff's Third Amended Petition filed before Answer is served filed January 13, 1998 | I | 54-58 |
| Motion by Defendants, Mangham, Hardy, Rolfs & Abadie, Robert L. Ledoux and Attorneys' Liability Assurance Society, Inc. for Additional Time to Respond to Plaintiff's Third Amended Petition filed before Answer is served Filed January 15, 1998 | I | 59-63 |
| Notice of Removal filed February 4, 1998 | I | 64-127 |
| Amended Judgment filed February 5, 1998 | I | 128-132 |
| Order filed March 4, 1998 | I | 133 |
| Judgment filed November 8, 1998 | I | 134-150 |
| Notice filed July 15, 1999 | I | 151-153 |
| Notice filed July 19, 1999 | I | 154-155 |



EXHIBIT
13

CHRONOLOGICAL INDEX
(CONTINUED) 362381

|  | VOL | PAGE |
|---|---|---|
| Plaintiff's Fourth Amended & Supplemental Petition To Rescind Joint Stipulation and/or Compromise Agreement to Declare District Court's and Second Circuit Appeal's Court Judgments void and for Damages For Constitutional Compensation and for Damages as a Result of Fraud filed July 27, 1999 | I | 156-235 |
| Plaintiff's Fifth Amended & Supplemental Petition filed September 1, 1999 | I | 236-253 |
| Exception of No Cause of Action and Motion to Dismiss Pursuant the Provisions of La. R.S. 13:5107D filed September 14, 1999 | II | 254-286 |
| Motion for Extension of Time filed September 20, 1999 | II | 287-289 |
| Ex Parte Motion for Extension of Time within which to file Responsive Pleadings filed September 20, 1999 | II | 290-294 |
| Motion to Strike and for Sanctions filed September 20, 1999 | II | 295-393 |
| Order filed October 4, 1999 | II | 394-405 |
| Motion to Strike Plaintiff's Fourth and Fifth Amended Petition and Peremptory Exception of Res Judicata and Motion for Sanctions filed October 4, 1999 | II | 406-418 |
| Motion and Order for Leave of Court to file Fourth and Fifth Amended Petition filed October 7, 1999 | II | 419-421 |
| Answer filed October 11, 1999 | II | 422 |
| Defendant's Reply Memorandum filed October 19, 1999 | II | 423-424 |

CHRONOLOGICAL INDEX
(CONTINUED) 362381

|  | VOL | PAGE |
|---|---|---|
| Motion to Stay Proceedings for Peremptory Exception of Res Judicata Motion to Declare Federal Res Judicata Unconstitutional if Granted to Defendants Regarding Any Judgments and/or Orders from Suit #1266 filed in U.S. District Court, New Orleans, Louisiana and/or Opinions By the U.S. Fifth Circuit Court of Appeals and Motion to declare LA-R.S. 9:5605 Unconstitutional filed October 20, 1999 | II | 425-488 |
| Rule to Show Cause Motion to Stay Proceedings for Peremptory Exception of Res Judicata Motion to Declare Federal Res Judicata Unconstitutional if Granted to Defendants Regarding Any Judgments and/or Orders from Suit #1266 filed in U.S. District Court, New Orleans, Louisiana and/or Opinions by the U.S. Fifth Circuit Court of Appeals and Motion to declare LA-R.S. 9:5605 Unconstitutional filed November 15, 1999 | II | 489-506 |
| Rule to Show Cause and Alternative Motion to Strike Plaintiff's Fourth and Fifth Amended Petition for failure to comply With Signature Requirements filed November 29, 1999 | III | 507-514 |
| Motion to Supplement the Record on the Exception of Res Judicata With Additional Exhibits filed November 29, 1999 | III | 515-528 |
| Alternative Exception of Prescription filed December 10, 1999 | III | 529-532 |
| Motion to Strike Plaintiff's Fourth and Fifth Amended Petition And Peremptory Exception of Res Judicata and Motion For Sanctions filed December 29, 1999 | III | 533-539 |
| Affidavit filed December 30, 1999 | III | 540-541 |
| Affidavit filed December 30, 1999 | III | 542-546 |

CHRONOLOGICAL INDEX
(CONTINUED) 362381

|  | VOL | PAGE |
|---|---|---|
| Affidavit filed January 3, 2000 | III | 547-548 |
| Exception of No Cause of Action and Alternative Exception of Prescription filed January 3, 2000 | III | 549-550 |
| Request for Written Reasons on all Judgment to be issued In this Case filed January 25, 2000 | III | 551-553 |
| Exception of No Cause of Action and Alternative Exceptions Of Prescription and Res Judicata filed February 15, 2000 | III | 554-612 |
| Judgment filed March 20, 2000 | III | 613-616 |
| Judgment filed March 21, 2000 | III | 617-619 |
| Judgment filed April 3, 2000 | III | 620-623 |
| Plaintiff hereby give notice to the Courts and to the Defendants That he has filed a Motion in U.S. District Court, New Orleans Division for Relief on Several Judgments that are At Issue in this case filed April 10, 2000 | III | 624-692 |
| Judgment filed April 10, 2000 | III | 693-695 |
| Petition for Appeal filed April 13, 2000 | III | 696-699 |
| Exception of Res Judicata and No Right of Action filed May 1, 2000 | IV | 700-870 |
| Affidavit filed May 9, 2000 | IV | 871-872 |
| Motion to Enroll Counsel of Record filed June 16, 2000 | IV | 873-875 |

CHRONOLOGICAL INDEX
(CONTINUED) 362381

|  | VOL | PAGE |
|---|---|---|
| Motion to Re-Fix Rule to Show Cause filed September 11, 2000 | IV | 876-880 |
| Motion to Withdraw Counsel of Record filed September 21, 2000 | IV | 881-883 |
| Order filed November 13, 2000 | IV | 884 |
| Order filed November 13, 2000 | IV | 885-886 |
| Petition of Intervention to Enforce Judicial Mortgage filed December 18, 2000 | IV | 887-893 |
| Request for Ten Days Notice of Setting and for Notice of Judgment filed January 30, 2001 | IV | 894-896 |
| Affidavit of Long-Arm Service filed January 30, 2001 | IV | 897-900 |
| Plaintiff's Answer to Intervenors' Petition of Intervention to Enforce Judicial Mortgage filed February 23, 2001 | IV | 901-902 |
| Answer to Petition filed June 8, 2001 | IV | 903-926 |
| Plaintiff's Notice of Change of Address filed March 14, 2002 | IV | 927-928 |
| Written Request for Production of Documents Propounded to Defendants filed February 28, 2003 | IV | 929-930 |
| More Interrogatories Propounded to Defendants filed February 23, 2006 | IV | 931-932 |
| Plaintiff's Request for Production of Documents filed February 19, 2009 | IV | 933-936 |

CHRONOLOGICAL INDEX
(CONTINUED) 362381

| | VOL | PAGE |
|---|---|---|
| Plaintiff's Again Request for Production of Documents filed February 15, 2012 | IV | 937-938 |
| February 2015 Requests for Production of Documents filed February 2, 2015 | IV | 939 |
| January 2018 Request for Production of Documents filed January 12, 2018 | IV | 940-941 |
| January 2018 Request for Production of Documents filed January 12, 2018 | IV | 942-943 |
| Motion with Affidavit, Etc. to Proceed Informa Pauperis Filed March 2, 2018 | V | 944-958 |
| The January 2021 Request for Production of Documents filed January 8, 2021 | V | 959-962 |
| An Amended and Supplemental Nullity Petition filed in Accordance with LA-C.C.P. ART. 2005 request for the Relative Nullity of Judgments and/or for the Absolute Nullity of Judgments issued in: this Suit No. 362,381; the 1986 Consolidated Expropriation Suits; #325,511; #325,512; & 328,772; Expropriation Suit No. 363,679; and for Nullity of all Opinions Issued by the LA 2nd Circuit Court of Appeal that Affirmed the Judgments in the Expropriation Suits filed July 28, 2021 | V | 963-1038 |
| Motion with Order to Declare Three Judgments Absolutely Void filed July 19, 2021 | V | 1039-1045 |
| Ex Parte Motion to Substitute Counsel of Record on behalf Of Attorneys' Liability Assurance Society, LTD. Filed September 30, 2021 | V | 1046-1048 |

CHRONOLOGICAL INDEX
(CONTINUED) 362381

|  | VOL | PAGE |
|---|---|---|
| Defendant Attorneys' Liability Assurance Society, LTD. | | |
|     Memorandum in Response to Plaintiff Larry Clark's | | |
|     Motion for Nullity, incorporating and reasserting | | |
|     Abandonment of Case filed October 19, 2021 | V | 1049-1050 |
| | | |
| Ex Parte Motion to Dismiss without Prejudice as Abandoned | | |
|     Pursuant to Louisiana Code of Civil Procedure | | |
|     Article 561 filed October 6, 2021 | V | 1051-1065 |
| | | |
| Affidavit of Service filed November 18, 2021 | V | 1066-1083 |
| | | |
| Rule with Order to set aside the Court's Order issued | | |
|     On October 21, 2021, Along with the Motion: to Declare | | |
|     C.C.P. ART. 561 Unconstitutional under the U.S. Constitution | | |
|     And/or Under other Federal Laws; to have several State Court | | |
|     Judgments declared absolutely void; to deny Res Judicata if | | |
|     Based upon an absolutely void State Court Judgment and/or | | |
|     Upon a Federal Rule of Civil Procedure 54 Non-Final Judgment | | |
|     Or where a Federal Court has Committed- A Plain Usurpation of | | |
|     Power-for a total want of Jurisdiction; and/or to Deny Res | | |
|     Judicata as Exceptional Circumstances exist filed | | |
|     December 8, 2021 | VI | 1084-1334 |
| | VII | 1335-1351 |
| | | |
| Opposition to Plaintiff's Motion to Set Aside Order Dismissing | | |
|     Case as Abandoned filed March 3, 2022 | VII | 1352-1356 |
| | | |
| Faxed Memorandum in Opposition to Rule to Show Cause why | | |
|     Dismissal should not be set aside filed March 4, 2022 | VII | 1357-1369 |
| | | |
| Memorandum in Opposition to Rule to Show Cause why | | |
|     Dismissal should not be set aside field March 10, 2022 | VII | 1370-1381 |

CHRONOLOGICAL INDEX
(CONTINUED) 362381

|  | VOL | PAGE |
|---|---|---|
| Order filed·March 15, 2022 | VII | 1382 |
| Plaintiff's Motion with Order for a New Trial and/or For New Hearing on the Court's Oral Ruling made in Open court on March 14, 2022, affirming the Court's Previous Order to Dismiss this Suit under LSA-CCP. ART.561 Filed March 18, 2022 | VII | 1383-1412 |
| Opposition of Attorney's Liability Assurance Society, LTD. To Plaintiff's March 17, 2022 Motion for a New Trial and/or For new Hearing, etc. filed March 31, 2022 | VII | 1413-1420 |
| Motion with Order requesting for the recusal of the Honorable Judge Ramon Lafitte from being the Presiding Judge in the pending suits of Plaintiff in Caddo Parish, as plaintiff has a pending Federal suit in Which the Honorable Judge Lafitte is a defendant filed April 8, 2022 | VII | 1421-1457 |
| Order filed April 11, 2022 | VII | 1458-1459 |
| Plaintiff's Pretrial Memorandum in support of Plaintiff's Motion requesting for a Retrial and/or a Rehearing on Court's Ruling made in open court on March 14, 2022 and Filed on March 15, 2022 that affirmed the Court's Order issued On October 21, 2021 that granted Defendant's Motion to Dismiss and Denied the Relief wanted in Plaintiff's December 8, 2021 Rule/Motion filed April 11, 2022 | VII | 1460-1523 |
| Plaintiff's Amended and/or Supplemental Petition with Attached Order for a Writ of Mandamus to be issued to The Secretary of the Louisiana Department of Transportation And Development and Administrator filed April 14, 2022 | VII | 1524-1565 |

CHRONOLOGICAL INDEX
(CONTINUED) 362381

|  | VOL | PAGE |
|---|---|---|
| Order with Reasons filed May 4, 2022 | VII | 1566-1574 · |
| Opposition to Plaintiff's "Pretrial Memorandum in Support Of Plaintiff's Motion Requesting for a Retrial and/or Rehearing, Etc." filed May 9, 2022 | VII | 1575-1582 |
| Anna Dow's Motion and Incorporated Memorandum To Adopt and Incorporated Attorneys' Liability Assurance Society, LTD.'s Opposition to Plaintiff's March 17, 2022 Motion for a New Trial and/or for New Hearing, Etc. filed May 11, 2022 | VII | 1583-1584 |
| Faxed Memorandum in Opposition to Plaintiff's Amended and/or Supplemental Petition with attached Order for a Writ of Mandamus to be issued to the Secretary of the Louisiana Department of Transportation and Administrator filed May 18, 2022 | VIII | 1585-1600 |
| Order filed May 28, 2022 | VIII | 1601-1606 |
| Plaintiff's Memorandum in Opposition to the "Order with Reasons" Denying Plaintiff's Motion for Recusal of the Judge: It contains errors and makes no mentioning Of the U.S. Supreme Court in Larry E. Clark v. Louisiana Department of Transportation and Development, No. 21-5796, 142 S. Ct. 622 (2021), Dismissing Plaintiff's Petition for Writ of Certiorari Based upon the Lack of Jurisdiction of the Louisiana Second Circuit Court of Appeal and/or because all Judgments appealed were Partial Rulings filed May 23, 2022 | VIII | 1607-1640 |

CHRONOLOGICAL INDEX
(CONTINUED) 362381

|  | VOL | PAGE |
|---|---|---|
| Memorandum in Opposition to Plaintiff's Amended and/or Supplemental Petition with attached Order for a Writ of Mandamus to be issued to the Secretary of the Louisiana Department of Transportation and Administrator filed May 23, 2022 | VIII | 1641-1652 |
| Plaintiff's Motion/Petition for Appeal filed June 13, 2022 | VIII | 1653-1656 |
| Notice(s) of Appeal filed July 26, 2022 | VIII | 1657-1662 |
| Transcript of Testimony Adduced and Proceedings Had on March 14, 2022 | VIII | 1663-1681 |
| Transcript of Testimony Adduced and Proceedings Had on May 23, 2022 | VIII | 1682-1705 |
| Clerk's Certificate | VIII | 1706 |

ALPHABETICAL

INDEX

                                                                VOL  PAGE

                                    "A"


Amended Judgment                                                I    128-132

Answer                                                          II   422

Alternative Exception of Prescription                           III  529-532

Affidavit                                                       III  540-541

Affidavit                                                       III  542-546

Affidavit                                                       III  547-5448

Affidavit                                                       IV   871-872

Affidavit of Long-Arm Service                                   IV   897-900

Answer to Petition                                              IV   903-926

An Amended and Supplemental Nullity Petition filed in

    Accordance with LA-C.C.P. ART. 2005 request for the

    Relative Nullity of Judgments and/or for the Absolute

    Nullity of Judgments issued in: this Suit No. 362,381; the

    1986 Consolidated Expropriation Suits; #325,511; #325,512;

    & 328,772; Expropriation Suit No. 363,679; and for

    Nullity of all Opinions Issued by the LA 2nd Circuit Court of

    Appeal that Affirmed the Judgments in the Expropriation

    Suits                                           V    963-1038

Affidavit of Service                                            V    1066-1083

Anna Dow's Motion and Incorporated Memorandum

    To Adopt and Incorporated Attorneys' Liability Assurance

    Society, Ltd.'s Opposition to Plaintiff's March 17, 2022

    Motion for a New Trial and/or for New Hearing, Etc.    VII  1583-1584


                                    "C"


Clerks Certificate                                              VIII 1706

ALPHABETICAL INDEX
(CONTINUED) 362681

| | VOL | PAGE |
|---|---|---|

"D"

| | VOL | PAGE |
|---|---|---|
| Defendant's Reply Memorandum | II | 423-424 |
| Defendant Attorneys' Liability Assurance Society, LTD. | | |
|     Memorandum in Response to Plaintiff Larry Clark's | | |
|     Motion for Nullity, incorporating and reasserting | | |
|     Abandonment of Case | V | 1049-1050 |

"E"

| | VOL | PAGE |
|---|---|---|
| Exception of No Cause of Action and Motion to Dismiss | | |
|     Pursuant to the Provisions of La. R.S. 13:5107D | II | 254-286 |
| Ex Parte Motion for Extension of Time within which to file | | |
|     Responsive Pleadings | II | 290-294 |
| Exception of No Cause of Action and Alternative | | |
|     Exception of Prescription | III | 549-550 |
| Exception of No Cause of Action and Alternative Exceptions | | |
|     Of Prescription and Res Judicata | III | 554-612 |
| Exception of Res Judicata and No Right of Action | IV | 700-870 |
| Ex Parte Motion to Substitute Counsel of Record on behalf | | |
|     Of Attorney's Liability Insurance Assurance Society, LTD. | V | 1046-1048 |
| Ex Parte Motion to Dismiss without Prejudice as Abandoned | | |
|     Pursuant to Louisiana Code of Civil Procedure | | |
|     Article 561 | V | 1051-1065 |

"F"

| | VOL | PAGE |
|---|---|---|
| February 2015 Request for Production of Documents | IV | 939 |
| Faxed Memorandum in Opposition to Rule to Show Cause why | | |
|     Dismissal should not be set aside | VII | 1357-1369 |

ALPHABETICAL INDEX
(CONTINUED) 362681

|  | VOL | PAGE |
|---|---|---|
| Faxed Memorandum in Opposition to Plaintiff's Amended and/or Supplemental Petition with attached Order for a Writ of Mandamus to be issued to the Secretary of the Louisiana Department of Transportation and Administrator | VIII | 1585-1600 |

"J"

|  | VOL | PAGE |
|---|---|---|
| Judgment | I | 134-150 |
| Judgment | III | 613-616 |
| Judgment | III | 617-619 |
| Judgment | III | 620-623 |
| Judgment | III | 693-695 |
| January 2018 Request for Production of Documents | IV | 940-941 |
| January 2018 Request for Production of Documents | IV | 942-943 |

"M"

|  | VOL | PAGE |
|---|---|---|
| Minutes of the First Judicial District Court, Caddo Parish, Louisiana | I | 1-7 |
| Motion by Defendants, Mangham, Hardy, Rolfs & Abadie, Robert L. Ledoux and Attorneys' Liability Assurance Society, Inc. for Additional Time to Respond to Plaintiff's Third Amended Petition filed before Answer is served | I | 54-58 |
| Motion by Defendants, Mangham, Hardy, Rolfs & Abadie, Robert L. Ledoux and Attorneys' Liability Assurance Society, Inc. for Additional Time to Respond to Plaintiff's Third Amended Petition filed before Answer is served | I | 59-63 |
| Motion for Extension of Time | II | 287-289 |
| Motion to Strike and for Sanctions | II | 295-393 |
| Motion to Strike Plaintiff's Fourth and Fifth Amended Petition and Peremptory Exception of Res Judicata and Motion for Sanctions | II | 406-418 |

ALPHABETICAL INDEX
(CONTINUED) 362381

|  | VOL | PAGE |
|---|---|---|
| Motion and Order for Leave to file Fourth and Fifth | | |
|     Amended Petition | II | 419-421 |
| Motion to Stay Proceedings for Peremptory Exception of Res | | |
|     Judicata Motion to Declare Federal Res Judicata | | |
|     Unconstitutional if Granted to Defendants Regarding | | |
|     Any Judgments and/or Orders from Suit #1266 filed in | | |
|     U.S. District Court, New Orleans, Louisiana and/or Opinions | | |
|     By the U.S. Fifth Circuit Court of Appeals and Motion to declare | | |
|     LA-R.S. 9:5605 Unconstitutional | II | 425-488 |
| Motion to Supplement the Record on the Exception of Res Judicata | | |
|     With Additional Exhibits | III | 515-528 |
| Motion to Strike Plaintiff's Fourth and Fifth Amended Petition | | |
|     And Peremptory Exception of Res Judicata and Motion | | |
|     For Sanctions | III | 533-539 |
| Motion to Enroll Counsel of Record | IV | 873-875 |
| Motion to Re-Fix Rule to Show Cause | IV | 876-880 |
| Motion to Withdraw Counsel of Record | IV | 881-883 |
| More Interrogatories Propounded to Defendants | IV | 931-932 |
| Motion with Affidavit, Etc. to Proceed Informa Paupers | V | 944-958 |
| Motion with Order to Declare Three Judgments Absolutely | | |
|     Void | V | 1039-1045 |
| Memorandum in Opposition to Rule to Show Cause why | | |
|     Dismissal should not be set aside | VII | 1370-1381 |
| Motion with Order requesting for the recusal of the | | |
|     Honorable Judge Ramon Lafitte from being the | | |
|     Presiding Judge in the pending suits of Plaintiff in | | |
|     Caddo Parish, as plaintiff has a pending Federal suit in | | |
|     Which the Honorable Judge Lafitte is a defendant | VII | 1421-1457 |
| Memorandum in Opposition to Plaintiff's Amended and/or | | |
|     Supplemental Petition with attached Order for a Writ of | | |
|     Mandamus to be issued to the Secretary of the Louisiana | | |
|     Department of Transportation and Administrator | VIII | 1641-1652 |

ALPHABETICAL INDEX
(CONTINUED) 362381

|                                                                                               | VOL  | PAGE      |
|-----------------------------------------------------------------------------------------------|------|-----------|
| **"N"**                                                                                       |      |           |
| Notice of Removal                                                                             | I    | 64-127    |
| Notice                                                                                        | I    | 151-153   |
| Notice                                                                                        | I    | 154-155   |
| Notice(s) of Appeal                                                                           | VIII | 1657-1662 |
| **"O"**                                                                                       |      |           |
| Order                                                                                         | I    | 133       |
| Order                                                                                         | II   | 394-405   |
| Order                                                                                         | IV   | 884       |
| Order                                                                                         | IV   | 885-886   |
| Opposition to Plaintiff's Motion to Set Aside Order Dismissing Case as Abandoned              | VII  | 1352-1356 |
| Order                                                                                         | VII  | 1382      |
| Opposition of Attorney's Liability Assurance Society, LTD. to Plaintiff's March 17, 2022 Motion for a New Trial and/or For New Hearing, etc. | VII | 1413-1420 |
| Order                                                                                         | VII  | 1458-1459 |
| Order with Reasons                                                                            | VII  | 1566-1574 |
| Opposition to Plaintiff's "Pretrial Memorandum in Support Of Plaintiff's Motion Requesting for a Retrial and/or Rehearing, Etc. | VII | 1575-1582 |
| Order                                                                                         | VIII | 1601-1606 |
| **"P"**                                                                                       |      |           |
| Plaintiff's Third Amended Petition filed before Answer is Served                              | I    | 8-53      |

ALPHABETICAL INDEX
(CONTINUED) 362381

| | VOL | PAGE |
|---|---|---|
| Plaintiff's Fourth Amended & Supplemental Petition | | |
| To Rescind Joint Stipulation and/or Compromise | | |
| Agreement to Declare District Court's and Second | | |
| Circuit Appeal's Court Judgments void and for Damages | | |
| For Constitutional Compensation and for Damages as a | | |
| Result of Fraud | I | 156-235 |
| Plaintiff's Fifth Amended & Supplemental Petition | I | 236-253 |
| Plaintiff hereby give notice to the Courts and to the Defendants | | |
| That he has filed a Motion in U.S. District Court, New | | |
| Orleans Division for Relief on Several Judgments that are | | |
| At Issue in this case | III | 624-692 |
| Petition for Appeal | III | 696-699 |
| Petition for Intervention to Enforce Judicial Mortgage | IV | 887-893 |
| Plaintiff's Answer to Intervenor's Petition of Intervention to | | |
| Enforce Judicial Mortgage | IV | 901-902 |
| Plaintiff's Notice of Change of Address | IV | 927-928 |
| Plaintiff's Request for Production of Documents | IV | 933-936 |
| Plaintiff's Again Request for Production of Documents | IV | 937-938 |
| Plaintiff's Motion with Order for a New Trial and/or | | |
| For New Hearing on the Court's Oral Ruling made in | | |
| Open court on March 14, 2022, affirming the Court's | | |
| Previous Order to Dismiss this Suit under LSA-CCP. ART.561 | VII | 1383-1412 |
| Plaintiff's Pretrial Memorandum in support of Plaintiff's | | |
| Motion requesting for a Retrial and/or a Rehearing on | | |
| Court's Ruling made in open court on March 14, 2022 and | | |
| Filed on March 15, 2022 that affirmed the Court's Order issued | | |
| On October 21, 2021 that granted Defendant's Motion to | | |
| Dismiss and Denied the Relief wanted in Plaintiff's | | |
| December 8, 2021 Rule/Motion | VII | 1460-1523 |
| Plaintiff's Amended and/or Supplemental Petition with | | |
| Attached Order for a Writ of Mandamus to be issued to | | |
| The Secretary of the Louisiana Department of Transportation | | |
| And Development and Administrator | VII | 1524-1565 |

ALPHABETICAL INDEX
(CONTINUED) 362381

VOL   PAGE

Plaintiff's Memorandum in Opposition to the "Order with

Reasons" Denying Plaintiff's Motion for Recusal of the

Judge: It contains errors and makes no mentioning

Of the U.S. Supreme Court in Larry E. Clark v. Louisiana

Department of Transportation and Development, No.

21-5796, 142 S. Ct. 622 (2021), Dismissing Plaintiff's

Petition for Writ of Certiorari Based upon the Lack of

Jurisdiction of the Louisiana Second Circuit Court of

Appeal and/or because all Judgments appealed were

Partial Rulings                                          VIII    1607-1640

Plaintiff's Motion/Petition for Appeal                          VIII    1653-
1656


"R"


Rule to Show Cause Motion to Stay Proceedings for Peremptory

Exception of Res Judicata Motion to Declare

Federal Res Judicata Unconstitutional if Granted to

Defendants Regarding Any Judgments and/or

Orders from Suit #1266 filed in U.S. District Court,

New Orleans, Louisiana and/or Opinions by the U.S. Fifth

Circuit Court of Appeals and Motion to declare

LA-R.S. 9:5605 Unconstitutional                          II      489-506

Rule to Show Cause and Alternative Motion to Strike Plaintiff's

Fourth and Fifth Amended Petition for failure to comply

With Signature Requirements                              III     507-514

Request for Written Reasons on all Judgment to be issued

In this case                                             III     551-553

Request for Ten Days Notice of Setting and for Notice of

Judgment                                                 IV      894-896

ALPHABETICAL INDEX
(CONTINUED) 362381

VOL   PAGE

Rule with Order to set aside the Court's Order issued

    On October 21, 2021, Along with the Motion: to Declare

    C.C.P. ART. 561 Unconstitutional under the U.S. Constitution

    And/or Under other Federal Laws; to have several State Court

    Judgments declared absolutely void; to deny Res Judicata if

    Based upon an absolutely void State Court Judgment and/or

    Upon a Federal Rule of Civil Procedure 54 Non-Final Judgment

    Or where a Federal Court has Committed- A Plain Usurpation of

    Power-for a total want of Jurisdiction; and/or to Deny Res

    Judicata as Exceptional Circumstances exist    VI    1084-1334

                  VII    1335-1351

"T"

The January 2021 Request for Production of Documents    V    959-962

Transcript of Testimony Adduced and Proceedings

    Had on March 14, 2022    VIII    1663-1681

Transcript of Testimony Adduced and Proceedings

    Had on May 23, 2022    VIII    1682-1705

"W"

Written Request for Production of Documents Propounded to

    Defendants    IV    929-930

EXHIBIT LIST

(CONTINUED) 362381


1 BOX CONTAINING PREVIOUS RECORD #429,240 (REQUESTED TO BE SENT AS AN EXHIBIT BY LARRY CLARK-PLAINTIFF)


PLEASE RETURN ALL EXHIBITS TO THE CADDO PARISH CLERK OF COURT,

SHREVEPORT LA

LARRY E. CLARK                        NUMBER 362381

VERSUS                               FIRST JUDICIAL DISTRICT COURT

MANGHAM HARDY, ET AL                 CADDO PARISH, LOUISIANA

ORIGINAL EXHIBITS

**ARGUMENT 05-23-2022**

| | |
|---|---|
| P – 1 | COPY OF MINUTES |
| **PROFFER-1** | FEDERAL COURT PETITION |
| **PROFFER-2** | CERT. COPY OF WRIT OF CERTIORARI/US SUPREME COURT |
| **PROFFER-3** | 03-23-2018 JUDGMENT-325,511 |
| **PROFFER-4** | 05-29-2018 JUDGMENT-325,511 |
| **PROFFER-5** | 05-24-2018 JUDGMENT |
| **PROFFER-6** | COPY OF TRANSCRIPT-04-23-2018 325,511 |
| **PROFFER-7** | COPY OF TRANSCRIPT-02-05-2018-325,511 |
| **PROFFER-8** | PRETRIAL MEMO. BY THE STATE 02-21-1988-325,511 |
| **PROFFER-9** | POST TRIAL MEMO. BY THE STATE 325,511 |
| **PROFFER-10** | CERT. COPY OF BRIEF BY THE STATE-325,511 |
| **PROFFER-11** | COPY OF POST TRIAL MEMO. BY PL. 325,511 |
| **PROFFER-12** | CERT. COPY OF LEDOUX'S BRIEF |
| **PROFFER-13** | JUDGMENT-325,511 |
| **PROFFER-14** | JOINT PETITON-325,511 |
| **PROFFER-15** | LETTER-03-15 |
| **PROFFER-16** | CHECK-03-15-1994 |
| **PROFFER-17** | LETTER-04-28-1995 |
| **PROFFER-18** | EX PARTE MOTION-04-23-2018-325,511 |
| **PROFFER-19** | COPY OF PETITION-02-08-2017-325,511 |
| **PROFFER-20** | CERT. DOCUMENT FROM FEDERAL ARCHIVES |
| **PROFFER-21** | ANSWER |
| **PROFFER-22** | MOTION |
| **PROFFER-23** | MOTION |
| **PROFFER-24** | CERT. COPY OF MANDATE |
| **PROFFER-25** | COPY OF TRANSCRIPT-07-19-2021-325,511 |
| **PROFFER-26** | COPY OF TRANSCRIPT-03-14-2022-362,381 |
| **PROFFER-27** | COURT ORDER-325,511 |

**EXHIBIT**

14

## CLERK'S NOTE

In the following case, **362,381 LARRY E. CLARK, ETUX, ET AL – VS- MANGHAM, HARDY, ROLFS, & ABADIE, ET AL** an appeal has been previously taken to the Court Of Appeal, Second Circuit of Louisiana, on or around August 26, 1997. Now further proceedings have been had and a second appeal has been taken by plaintiff.

On the second appeal, the record subsequent to proceedings contained in the original transcript have been prepared in duplicate and contain only pleadings that pertain to the second appeal.

Plaintiff requested suit numbers #325,511; 325,512; and 328,772 be included as exhibits, however those records are not in the possession of the Clerk of Court but are currently in the Jurisdiction of U.S. Supreme Court.

GIVEN UNDER MY HAND AND SEAL OF OFFICE at the City of Shreveport, Caddo Parish, Louisiana, on this the 30th day of August, 2022.

MAGGIE PETERSON
DEPUTY CLERK



RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JUL 1 1 2024

DANIEL J. McCOY, CLERK

BY:_____

LARRY E. CLARK
P. O. BOX 76752
ATLANTA, GEORGIA 30358
678-754-7324
clark9853@gmail.com

U. S. PRIORTY MAIL AND CERTIFIED MAIL RETURN RECIEPT
REQUESTED #7021 2710 0000 8619 6683

July 9, 2024

Office Of The Clerk Court
Western District Court of Louisiana-Shreveport Division
300 Fannin Street, Suite 1167
Shreveport, Louisiana 71101-3083

Re: <u>Mr. & Mrs. Larry E. Clark et., al., v. Mangham, Hardy, Rolfs & Abadie, et al.,</u>
    No. 5:24-CV-00770
    Judge Edwards
    Mag. Judge McClusky

Dear Clerk of Court:

For immediately filing is a:

**"MOTION OF PLAINTIFF**
**FOR THE RECORD TO BE SUPPLEMENTED WITH ALL OF THE**
**MISSING PROCEEDINGS/PLEADING, ETC., IN STATE'S RECORD AS**
**DIRECTED TO DO SO IN THE REMOVAL ORDER ISSUED ON-06- 07-**
**2024; MOTION FOR THE COURT NOT TO CONSIDER NO MOTION**
**FILED UNTIL THE RECORD IS COMPLETELY SUPPLEMENTED AND**
**PLAINTIFF IS ALLOWED TO FILE A RESPONSE FOR ALL MOTIONS"**

Also, enclosed is a separate copy of the first page of the document to be stamped filed and return to me in the enclosed envelope with postage affixed.

Thanking you in advance,

Larry E. Clark
cc: all attorneys of record



   

**U.S. POSTAGE PAID**
PM
ATLANTA, GA 30304
JUL 09, 2024

71101

RDC 03

**$17.90**

S2324D500441-19

### CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



7021 2720 0000 8619 6683



**UNITED STATES POSTAL SERVICE**®

# PRIORITY® MAIL

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- S Tracking® included for domestic and many international destinations.
- ted international insurance.**
- n used internationally, a customs declaration form is required.
- ce does not cover certain items. For details regarding claims exclusions see the
  c Mail Manual at *http://pe.usps.com*.
- nternational Mail Manual at *http://pe.usps.com* for availability and limitations of coverage.

**X-RAYED**

**RECEIVED**
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

**JUL 11 2024**

DANIEL J. McCOY, CLERK

BY: _____

**FROM:** Larry E. Clark
P.O. Box 76752
Atlanta, GA 30358

**TO:** Clerk of Court
U.S. District Court
300 Fannin Street
Suite 1167
Shreveport, LA
71101

AT RATE ENVELOPE
RATE ■ ANY WEIGHT

ACKED ■ INSURED

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.